# ERDAL EMPLOYMENT LAW, LLC

25 Pompton Avenue, Suite 101
Verona, New Jersey 07044
(973) 559-7540
erdal@erdalemploymentlaw.com
http://www.erdalemploymentlaw.com

Erdal Turnacioglu, Esq.
Admitted in NJ and NY

January 24, 2025

**VIA ECF**
Honorable Katherine Polk Failla
Southern District of New York
40 Foley Square
New York, New York 10007



Re:  Katawba De La Rosa v. City of New York, et al.
Case No.  1:24-cv-6492 (KPF)

Dear Judge Failla:

    This office represents Plaintiff Katawba De La Rosa ("Plaintiff") in the above-referenced matter. We write to respectfully request an adjournment of the upcoming pre-motion conference currently scheduled for February 4, 2025. Plaintiff respectfully requests a brief extension because the undersigned counsel is on trial in Bergen County Superior Court beginning on January 27, 2025 and we anticipate that the trial will take approximately two (2) to four (4) weeks to complete.

    Therefore, we respectfully request that the pre-motion conference be rescheduled for a date on or after February 24, 2025. A copy of the trial notice is attached for your review and consideration.

    This is the first time that Plaintiff is requesting an adjournment of the pre-motion conference. Additionally, Defendants consent to our request for a brief adjournment.

    We thank you for Your Honor's courtesies in addressing Plaintiff's request.

    Respectfully submitted,
    ERDAL EMPLOYMENT LAW, LLC


      /s/
    Erdal Turnacioglu, Esq.

C: *All parties of record (via ECF)*

Application GRANTED. The conference currently scheduled for February 4, 2025 is ADJOURNED to **February 26, 2025, at 2:15 p.m.**

The dial-in information is as follows: At 2:15 p.m. the parties shall call (855) 244-8681 and enter access code 2315 780 7370. Please note, the conference will not be available prior to 2:15 p.m.

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Dated:     January 27, 2025         SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE